JACKSON LEWIS P.C.
JOSEPH LYNETT (*pro hac vice to be filed*)
CHRISTOPHER J. TRUXLER (SBN 282354)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:    (916) 341-0141
E-mail:  *joseph.lynett@jacksonlewis.com*
E-mail:  c*hristopher.truxler@jacksonlewis.com*

Attorneys for Defendant
GORJANA & GRIFFIN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GORJANA & GRIFFIN, INC., a California Corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 2:21-CV-00148-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant GORJANA & GRIFFIN, INC. ("Defendant") may have an additional 15 days within which to answer or otherwise respond to Plaintiff's Complaint. Thus, the last day for Defendant to answer or otherwise respond is now March 12, 2021. The parties also request the Court enter an order consistent with this stipulation.

///

///

///

///

///

///

Good cause exists for this extension as the parties are negotiating a voluntary disposition of this Action and anticipate reaching a complete resolution of Plaintiff's claims before March 12, 2021.

Dated: February 22, 2021          JACKSON LEWIS P.C.


By: /s/ *Christopher J. Truxler*
     Joseph Lynett
     Christopher J. Truxler

Attorneys for Defendant
GORJANA & GRIFFIN, INC.

Dated: February 22, 2021          WILSHIRE LAW FIRM


By: /s/ T*hiago Coelho* [as authorized on 2/22/2021]
     Thiago Coelho

Attorney for Plaintiff
VALERIE BROOKS

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or respond to Plaintiff's Complaint on or before **March 12, 2021**.

**DATED**: February 22, 2021          _____
                                       Troy L. Nunley
                                       United States District Judge